Form 905BNC  (Revised 04/24/2014)

**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 10−08259−dd                                Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*
Stella Ruth Mathis
aka Stella Ruth Burns, aka Stella Ruth Mathis Burns, aka
Stella R Mathis
290 Pony Rd
Wedgefield, SC 29168

SSN: xxx−xx−8739

**NOTICE OF REQUIREMENT TO FILE**
**CERTIFICATION OF COMPLETION**
**OF INSTRUCTIONAL COURSE CONCERNING**
**PERSONAL FINANCIAL MANAGEMENT**
**(Official Form 23)**

| Filed By The Court |
|---|
| **11/9/15**<br>**Laura A. Austin**<br>**Clerk of Court**<br>**US Bankruptcy Court** |

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 13 (11 U.S.C. § 1328). Pursuant to the local rules of this Court, the debtor(s) must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) as described in 11 U.S.C. § 111.

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must file Official Form 23 within 10 days after the date of this notice. Failure to file the certification may result in the case being closed without an entry of discharge.

Dated: November 9, 2015                                         Laura A. Austin, Clerk
Columbia, SC

Document 30                                                           By: Admin
                                                                      Deputy Clerk